UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MORRISON, | ) | CASE NO. CV 05-8148-GHK (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| RODERICK Q. HICKMAN, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:   2/16/11

GEORGE H. KING
United States District Judge